

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-18-00514-CR

Ramiro **CASTILLO-RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 16-CR-271
The Honorable Martin Chiuminatto, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

State's Motion for Extension of Time to File Motion for Reconsideration En Banc is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court